IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DARRLYN SOLOMON, on Behalf of Herself and All Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. SA-23-CV-1465-FB |
| § § | |
| DEER OAKS MENTAL HEALTH ASSOCIATES, P.C. d/b/a DEER OAKS BEHAVIORAL HEALTH, § § § § § | |
| Defendant. § | |

## J U D G M E N T

On this date came on to be considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Deer Oaks' Motion to Dismiss filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Deer Oaks' Motion to Dismiss (docket #9) is GRANTED such that all of plaintiff's claims and this case are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Motions pending, if any, are also DISMISSED and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of September, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE